IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of the Complaint of | : | |
| Borghese Lane, LLC, for Exoneration | : | No. 2:18-cv-533-MJH |
| or Limitation of Liability | : | |
| | : | Consolidated with 2:18-cv-00178; |
| | : | 2:18-cv-00317; 2:18-cv-00510; |
| | : | 2:18-cv-00902; 2:18-cv-00913; |
| | : | 2:18-cv-01647 |

## ORDER

This 11th day of January 2024, upon consideration of the parties' Joint Motion to Dismiss with Prejudice and Discharge Letters of Undertaking, the said Joint Motion is hereby **GRANTED** as follows:

1. All complaints, claims, crossclaims, and counterclaims filed by the parties in these consolidated matters are hereby **DISMISSED WITH PREJUDICE** pursuant to Federal Rules of Civil Procedure 41(a)(2) and 41(c)(2);

2. The Letter of Undertaking filed with Borghese Lane, LLC's Complaint for Exoneration or Limitation of Liability, ECF No. 1-5 at 2:18-cv-00533, is hereby **DISMISSED AND DISCHARGED**;

3. The Letter of Undertaking filed with Ohio River Salvage, Inc.'s Complaint for Exoneration or Limitation of Liability, ECF No. 1-5 at 2:18-cv-01647, is hereby **DISMISSED AND DISCHARGED**;

4. The Letter of Undertaking filed with McKees Rocks Harbor Services, LLC's Complaint for Exoneration or Limitation of Liability, ECF No. 1-7 at 2:18-cv-00902, is hereby **DISMISSED AND DISCHARGED**;

5. All consolidated cases in this litigation are hereby **DISMISSED WITH PREJUDICE**. The Clerk of Courts is directed to mark the following dockets as "**SETTLED AND DISMISSED WITH PREJUDICE**":

    a. Case No. 2:18-cv-00178 (Ingram action);

    b. Case No. 2:18-cv-00510 (Crounse action);

    c. Case No. 2:18-cv-00317 (Heartland action);

    d. Case No. 2:18-cv-00913 (Montour Marina action);

    e. Case No. 2:18-cv-00902 (McKees Rocks Limitation action);

    f. Case No. 2:18-cv-01647 (ORS Limitation action); and

    g. Case No. 2:18-cv-00533 (Borghese Limitation action).

BY THE COURT:

*Marilyn J. Horan*